IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES Z. YELVERTON** : | **CIVIL ACTION** |
| *Plaintiff, pro se* : | |
| : | **NO. 13-4495** |
| v. : | |
| : | |
| **DEPARTMENT OF THE ARMY**, *et al.* : | |
| *Defendants* : | |

# ORDER

**AND NOW**, this 5th day of September 2014, upon consideration of the *motion to dismiss* filed by Defendants Department of the Army and the Army Board of Correction of Military Records pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), [ECF 10], Plaintiff's response in opposition thereto, [ECF 11], the allegations contained in the complaint, [ECF 5], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss is **GRANTED** and this action is dismissed for lack of subject matter jurisdiction.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**